# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Criminal Number: 2:12 CR 644 (DMC)

v.    :    **WAIVER OF INDICTMENT**

CRUSADER SERVICING CORPORATION:

CRUSADER SERVICING CORPORATION, by and through its Member **Michael Thompson**, hereby certifies as follows:

CRUSADER SERVICING CORPORATION, charged with violating 15 U.S.C. §1 being advised of the nature of the charges, the proposed Information, and its rights, hereby waive in open court on (Date) **September 26, 2012** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

CRUSADER SERVICING
CORPORATION
Defendant
By: Michael Thompson
Per Resolution by CSC Board

Colm F. Connolly, Esq.
Counsel for Defendant

Before:

HONORABLE Dennis M. Cavanaugh
United States District Judge