UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          DATE: 26 September 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                          Docket # 2:12cr644

U.S.A.  v. Crusader Servicing Corporation

Appearances:

AUSA     Charles Reilly & Debra Brooks
D        Colm Connolly, Esq

Nature of proceedings:

Corporate Representative Michael Thompson sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
Corporate Resolution not provided
ORDERED sentence date set for 5 November 2012 at 10:00am


Time Commenced_____
Time Adjourned_____


cc: chambers                            Scott P. Creegan_____
                                        Deputy Clerk