```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
                   MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: 18 December 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                            Docket # 2:12cr644-1

U.S.A.  v. Crusader Servicing Corporation


Appearances:

AUSA    Bryan Bughman & Charles Reilly
D       Colm Connolly
Prob.   Dina Chirichella

Nature of proceedings:

                         SENTENCE:

Ct. 1    5 years Probation
Standard conditions imposed w/special:
1. Fine $2,000,000.00   Interest waived paid in installments of
     $400.000.00 w/in 10 days and $320,000.00 a yr for 5 yrs.
2. Special Assessment $400.00
Deft. Advised of right to appeal



Time Commenced   9:30
Time Adjourned   10:00


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk