IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:12-CR-644 (DMC) |
| | ) |
| CRUSADER SERVICING CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER

Whereas on December 18, 2012, the Court entered a judgment (the "Judgment Order") against Defendant Crusader Servicing Corporation ("Crusader") pursuant to which Crusader was ordered to pay a $2,000,000 fine in six installment payments;

Whereas Crusader has paid the first installment payment of $400,000 and is not in default of payment;

Whereas the next installment payment is due December 18, 2013;

Whereas Crusader owns real property in the State of New Jersey and the Judgment Order case has appeared in title searches as a potential lien and/or encumbrance upon such real property; and

Whereas the United States and Crusader have consented to the following relief;

IT IS HEREBY ORDERED and ADJUDGED:

That the December 18, 2012 Judgment Order entered in the above-captioned case does not and shall not constitute a judgment lien or encumbrance upon any real property now owned or to be owned in the future by Crusader, which property Crusader obtained by execution of a tax lien purchased at a tax lien auction.

_____
THE HONORABLE DENNIS M. CAVANAUGH
United States District Judge

DB1/ 73057515.1